**Electronically Filed**
**Supreme Court**
**SCWC-15-0000464**
**28-DEC-2018**
**01:28 PM**

SCWC-15-0000464

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MOLOKAI SERVICE'S INCORPORATED, a Hawai'i corporation,
Respondent/Plaintiff-Appellant,

vs.

PEARL A. HODGINS, FRIEL ENTERPRISES, INC., a Hawai'i corporation,
PAULINE L. CASTANERA, CORNWELL S. FRIEL, and GERALDINE M. SHAH,
Petitioners/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000464; CIV. NO. 14-1-0392)

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed on December 11, 2018, which we construe as a stipulation to dismiss this certiorari proceeding and the record herein,

IT IS HEREBY ORDERED that the stipulation is approved and this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, December 28, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

